## Synowka v. Gulla et ux., et al., Appellants.

Argued November 15, 1973. *Bernard J. McAuley, Harold L. Roth, Robert J. Taylor, Wayman, Irvin, Trushel and McAuley,* and *Roth and Herskovitz,* for appellants; *Frank C. Lewis,* and *Hudacsek and Lewis,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.

## Tantala, Appellant, v. Tantala, Appellant.

Argued December 11, 1973. *Michael J. Pepe, Jr.,* for appellant; *Raymond J. Takiff,* with him *Goldsmith and Takiff,* for appellee.

Order affirmed; petition for reconsideration refused January 21, 1974.

HOFFMAN and CERCONE, JJ., took no part in the consideration or decision of this case.

SPAULDING, J., absent.